LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 240609]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW NAVA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV 22-00200 PVC<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($6,800.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 11/15/22

HON. PEDRO V. CASTILLO,
UNITED STATES MAGISTRATE JUDGE

-1-